Decided November 5, 2008

PAUL BOYNE *v.* TOWN OF GLASTONBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 591 (AC 29150), is denied.

*Paul Boyne*, pro se, in support of the petition.

*Jon Berk*, in opposition.

Decided November 5, 2008

THE TRAVELERS INDEMNITY COMPANY ET AL. *v.*
C. R. KLEWIN, INC.

The defendant's petition for certification for appeal from the Appellate Court (AC 29621) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

KATZ, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18266.

*Robert E. Wright*, in support of the petition.

*Daniel L. FitzMaurice* and *Shannon D. Leger*, in opposition.

Decided November 5, 2008